IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JAMONTE ALLGOOD,

                Plaintiff,

v.

CO SGT. HERT, CO WEYCKER,
CO PEOTTER, LT. CUSHING, CO DENIAL,
and CO YANG,

                Defendants.

ORDER

17-cv-812-wmc

    Pro se plaintiff Jamonte Allgood is proceeding on claims that defendants used excessive force against him or failed to intervene to prevent the use of excessive force in violation of the Eighth Amendment. Trial was scheduled to begin June 17, 2019, at the federal courthouse in Madison, Wisconsin. However, all of the parties and witnesses, including the inmate witnesses and the five defendants who are correctional officers at Green Bay Correctional Institution, are located in Green Bay, Wisconsin, where a federal courthouse is located. Therefore, for the convenience of the parties, and in the interest of justice, I am transferring this case to the United States District Court for the Eastern District of Wisconsin under 28 U.S.C. § 1404(a). Trial will begin on June 24, 2019, at the federal courthouse at 125 South Jefferson Street, Room 102, Green Bay, Wisconsin. I will remain as the presiding judge.

    Entered this 3rd day of May, 2019.

                                BY THE COURT:

                                WILLIAM M. CONLEY
                                District Judge

1