IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

JAMONTE ALLGOOD,

          Plaintiff,

v.

CO SGT. HERT, CO WEYCKER,
CO PEOTTER, LT. CUSHING, CO DENIAL,
and CO YANG,

          Defendants.

ORDER

19-cv-832-wmc

Pro se plaintiff Jamonte Allgood is proceeding on claims that defendants used excessive force against him or failed to intervene to prevent the use of excessive force in violation of the Eighth Amendment. Trial is scheduled to begin June 24, 2019. The court held a final pretrial telephonic conference via telephone on June 12, 2019. Consistent with the court's rulings during the hearing, this matter is set for a final telephonic pretrial conference on June 21, 2019, at 10:00 a.m., with counsel for defendants responsible for initiating the call to chambers at (608) 264-5087. By Wednesday, June 19, 2019, defendants may also provide any legal support for its position that plaintiff may be impeached with past disciplinary findings by DOC for lying.

Among other matters, the court agreed to reserve on providing a spoliation jury instruction depending upon the testimony at trial. Additionally, defendants are directed to produce to plaintiff and file by Friday, June 14, 2019:

- Any documents related to any investigation by GBCI into the July 22, 2017, use of force incident between Allgood and defendants.

1

- A copy of any training protocols defendants intend to rely upon or reference during trial. (The court will review the redactions to determine whether Allgood is entitled to access to any of the redacted information or other related protocols.)
- A copy of the truncated video of events that took place on July 22, 2017, as discussed during the hearing.

Finally, if he does so promptly, Allgood was granted permission to seek a writ providing reasons for the production at trial of Sgt. Nys, with the court reserving on actually doing so.

SO ORDERED.

Entered this 12th day of June, 2019.

BY THE COURT:

/s/
_____
WILLIAM M. CONLEY
District Judge